**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 39959**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2013 Unpublished Opinion No. 437 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: April 9, 2013 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| JAQUELL JOSEPH COLLINS, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Michael E. Wetherell, District Judge.

Order denying I.C.R. 35 motion for reduction of sentence, affirmed.

Sara B. Thomas, State Appellate Public Defender; Shawn F. Wilkerson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

---

Before GUTIERREZ, Chief Judge; LANSING, Judge;
and GRATTON, Judge

---

PER CURIAM

Jaquell Joseph Collins pled guilty to lewd conduct with a minor under sixteen. Idaho Code § 18-1508. The district court sentenced Collins to a unified sentence of twenty-five years with ten years determinate, and retained jurisdiction. The jurisdictional review committee later recommended relinquishment of jurisdiction. Subsequently, the district court held a jurisdictional review hearing, during which Collins orally requested that the court reduce the determinate portion of his sentence pursuant to Rule 35. The district court relinquished jurisdiction and denied Collins' oral Rule 35 motion. Collins appeals asserting that the district court abused its discretion by denying his oral Rule 35 motion for reduction of sentence.

A motion for reduction of sentence under I.C.R. 35 is essentially a plea for leniency, addressed to the sound discretion of the court. *State v. Knighton*, 143 Idaho 318, 319, 144 P.3d

1

23, 24 (2006); *State v. Allbee*, 115 Idaho 845, 846, 771 P.2d 66, 67 (Ct. App. 1989). In presenting a Rule 35 motion, the defendant must show that the sentence is excessive in light of new or additional information subsequently provided to the district court in support of the motion. *State v. Huffman*, 144 Idaho 201, 203, 159 P.3d 838, 840 (2007). Upon review of the record, we conclude no abuse of discretion has been shown. Therefore, the district court's order denying Collins' oral Rule 35 motion is affirmed.